UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RANDAL SCOT BRINKMAN and
CAROL MARIE BRINKMAN,

    Plaintiffs,

v.

INTERNAL REVENUE SERVICE,

    Defendant.

CIVIL NO. 16-2774 (SRN/DTS)

<u>REPORT AND RECOMMENDATION</u>

The above matter came before the undersigned on Defendant's Motion for Summary Judgment [Docket No. 21] which was referred to the undersigned by District Judge Susan Richard Nelson [Docket No. 19]. For the reasons stated below, it is recommended that the Motion for Summary Judgment [Docket No. 21] be DENIED AS MOOT and that this action be DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Dismissal with prejudice under Rule 41(b) is appropriate when plaintiffs demonstrate a "persistent failure to prosecute a complaint." *Rodgers v. Curators of the University of Missouri*, 135 F.3d 1216, 1219 (8th Cir. 1998) (internal citation omitted). On August 18, 2016 Plaintiffs Randal Scot Brinkman and Carol Marie Brinkman brought this action *pro se* against the Internal Revenue Service ("IRS") alleging violations of the Freedom of Information Act, 5 U.S.C. § 552. Docket No. 1. Plaintiffs failed to appear at the January 23, 2017 Initial Pretrial Conference. Docket No. 15. They also failed to provide any of the required pre-conference filings. Pretrial Scheduling Order 1 n.1, Docket No. 17. On May 26, 2017 the IRS filed a Motion for Summary Judgment. Docket No. 21. Plaintiffs failed to file any response to the motion. Therefore, on June 28, 2017 the Court canceled the July 10 hearing on the motion. Docket No. 28.

Plaintiffs' repeated failures to appear and/or to file required documents warrant dismissal of their complaint with prejudice under Rule 41(b) for failure to prosecute.

## RECOMMENDATION

For the reasons set forth above, IT IS RECOMMENDED THAT:

1. The IRS's Motion for Summary Judgment [Docket No. 21] be DENIED AS MOOT.

2. The Complaint [Docket No. 1] be DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Dated:  July 7, 2017

*s/ David T. Schultz*
DAVID T. SCHULTZ
United States Magistrate Judge

## NOTICE

**Filing Objections:**  This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation.  A party may respond to those objections within 14 days after being served a copy of the objections. LR 72.2(b)(2).  All objections and responses must comply with the word or line limits set for in LR 72.2(c).